UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BOBBIE TEMPLE

VERSUS

NATIONAL RAILROAD PASSENGER CORPORATION ET AL.

CIVIL ACTION

NO. 25-1119

SECTION: "J"(5)

**ORDER**

Considering the foregoing *Joint Motion and Order to Dismiss Without Prejudice* **(Rec. Doc. 112)** filed by Plaintiff Bobbie Temple and Defendant Redco Corporation, formerly known as Crane Co.,

**IT IS HEREBY ORDERED** that the motion is **GRANTED,** and that all of Plaintiff's claims against Defendant Redco Corporation be and are hereby **DISMISSED without prejudice**, with each party to bear its own costs and with Plaintiff reserving his rights against all other parties, non-parties solidary obligors, as well as all persons and/or entities not otherwise dismissed herein.

New Orleans, Louisiana, this 18th day of August, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE